

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00339-CR

Shawn L. **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
The Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED June 24, 2015.

Karen Angelini, Justice